UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCOTT DWIGHT BARMORE, | ) |
| Petitioner, | ) |
| v. | ) Case No. 4:03CV1148 RWS |
| CHUCK DWYER, | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the petition of Scott Dwight Barmore for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**.

**IT IS FURTHER ORDERED** that as Petitioner has not made a substantial showing of a denial of a constitutional right a certificate of appealability will not be issued.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 18th day of July, 2006.